SOUTH CAROLINA MUTUAL INSURANCE CO. v. TOLBERT.

This case is ruled by preceding case of So. Ca. Mut. Ins. Co. v. Price.

Before WATTS, J., Abbeville, October, 1902.   Reversed.

Action by South Carolina Mutual Insurance Co. against Mrs. M. J. Tolbert.   From Circuit order, plaintiff appeals.

*Mr. J. Fraser Lyon,* for appellant.

*Mr. W. N. Graydon,* contra.

July 21, 1903.   The opinion of the Court was delivered by

MR. CHIEF JUSTICE POPE.   The appeal is from the judgment rendered herein by his Honor, Judge Watts.   It is exactly alike the case of South Carolina Mutual Insurance Company *v.* T. J. Price, which we have just decided, and is governed by the principal holdings of that cause.   The Circuit judgment must be reversed.

It is the judgment of this Court, that the judgment of the Circuit Court be reversed, and the action be remitted to the Circuit Court for a new trial.